**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          : Chapter 13
    Held, Todd Richard
    Held, Marisa Jane
        Debtors                                    : 16-17177 elf

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE**
**DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:**
**Office Depot and Subsidiaries**
**6600 N. Military Trail**
**Boca Raton, Fl 33496**

Re: **Held, Todd Richard/** SSN: xxx-xx-1909

    The future earnings of the above named debtor Held, Todd Richard, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtors' amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of:  **$885.00 for 8 months (Started as of 11/10/16), then as of July 10, 2017, the payment shall increase to $1,610.00 monthly for a period of 52 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$885.00 for 8 months (Started as of 11/10/16), then as of July 10, 2017, the payment shall increase to $1,610.00 monthly for a period of 52 months to:**

    William C. Miller, Trustee, P.O. Box 1799,  Memphis, TN  38101-1799

    BY THE COURT                                                                                1/26/18
                                         CHIEF JUDGE