United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-17177-elf
Todd Richard Held                                                     Chapter 13
Marisa Jane Held
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Jan 29, 2018
                              Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2018.
db/jdb         +Todd Richard Held,    Marisa Jane Held,    5413 Yarmouth Road,    Bensalem, PA 19020-3911
               +Office Depot and Subsidiaries,    Employer,    6600 N. Military Trail,
                 Boca Raton, FL 33496-2434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 30 2018 01:46:27      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2018 at the address(es) listed below:
              JOHN L. MCCLAIN    on behalf of Joint Debtor Marisa Jane Held aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Debtor Todd Richard Held aaamcclain@aol.com,   edpabankcourt@aol.com
              KARINA  VELTER    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2006- HE3, Mortgage Pass-Through Certificates, Series
               2006-HE3 KMcDonald@blankrome.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for Morgan Stanley ABS Capital I Inc. Trust 2006- HE3, Mortgage Pass-Through Certificates,
               Series 2006-HE3 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                : Chapter 13
    Held, Todd Richard
    Held, Marisa Jane
        Debtors                                            : 16-17177 elf

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:**
**Office Depot and Subsidiaries**
**6600 N. Military Trail**
**Boca Raton, Fl 33496**

Re: **Held, Todd Richard/** SSN: xxx-xx-1909

    The future earnings of the above named debtor Held, Todd Richard, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtors' amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$885.00 for 8 months (Started as of 11/10/16), then as of July 10, 2017, the payment shall increase to $1,610.00 monthly for a period of 52 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$885.00 for 8 months (Started as of 11/10/16), then as of July 10, 2017, the payment shall increase to $1,610.00 monthly for a period of 52 months to:**

    William C. Miller, Trustee, P.O. Box 1799, Memphis, TN 38101-1799

        BY THE COURT                            _[signature]_                    1/26/18
                                        CHIEF JUDGE