United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 16-17177-elf
Todd Richard Held                                                      Chapter 13
Marisa Jane Held
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Christina        Page 1 of 1        Date Rcvd: Feb 16, 2018
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2018.
db/jdb         +Todd Richard Held,    Marisa Jane Held,    5413 Yarmouth Road,    Bensalem, PA 19020-3911

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2018 at the address(es) listed below:
              JOHN L. MCCLAIN    on behalf of Debtor Todd Richard Held aaamcclain@aol.com,    edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Joint Debtor Marisa Jane Held aaamcclain@aol.com,
               edpabankcourt@aol.com
              KARINA  VELTER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               KMcDonald@blankrome.com
              KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2006- HE3, Mortgage Pass-Through Certificates, Series
               2006-HE3 KMcDonald@blankrome.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for Morgan Stanley ABS Capital I Inc. Trust 2006- HE3, Mortgage Pass-Through Certificates,
               Series 2006-HE3 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Marisa Jane Held fka Marisa J. Mullica<br>Todd Richard Held<br>　　　　　　Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006- HE3, Mortgage Pass-Through Certificates, Series 2006-HE3<br>　　　　　　Movant<br>vs. | NO. 16-17177 ELF |
| Marisa Jane Held fka Marisa J. Mullica<br>Todd Richard Held<br>　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>　　　　　　Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtors' residence is **$3,666.94,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | December 2017 through February 2018 at $1,753.06/month |
| Suspense Balance: | $1,592.24 |
| **Total Post-Petition Arrears** | **$3,666.94** |

2. The Debtor(s) shall cure said arrearages in the following manner;

a). Beginning on March 1, 2018 and continuing through August 1, 2018, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$1,753.06** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$611.16 from March 2018 through July 2018 and $611.14 on August 2018** towards the arrearages on or before the last day of each month at the address below;

Specialized Loan Servicing LLC
P.O. Box 636007
Littleton, Colorado 80163

b). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtors' attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:   January 31, 2018                By: /s/ Kevin G. McDonald, Esquire
                                        Kevin G. McDonald, Esquire
                                        Attorney for Movant
Date:   2/1/18
                                        John L. McClain / Mitchell J. Prince, ESQ.
                                        Attorney for Debtors

Date:   2/13/2018                       /s/ LeRoy Etheridge
        *without prejudice to any       William C. Miller                    NO OBJECTION
        trustee rights or remedies      Chapter 13 Trustee

**ORDER**

Approved by the Court this 16th day of February, 2018. However, the court retains discretion regarding entry of any further order.

                                        _____
                                        ERIC L. FRANK
                                        CHIEF U.S. BANKRUPTCY JUDGE