# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Marisa Jane Held fka Marisa J. Mullica<br>Todd Richard Held<br>Debtor(s) | Chapter 13 |
| Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006- HE3, Mortgage Pass-Through Certificates, Series 2006-HE3<br>v.<br>Marisa Jane Held fka Marisa J. Mullica<br>Todd Richard Held<br>and<br>William C. Miller Esq.<br>Trustee | NO. 16-17177 ELF |

## **ORDER**

AND NOW, this 7th day of May, 2018 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties, it is **ORDERED** that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006- HE3, Mortgage Pass-Through Certificates, Series 2006-HE3 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5413 Yarmouth Road  Bensalem, PA 19020.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**