## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    : Chapter 13
      Held, Todd Richard
      Held, Marisa Jane
            Debtor(s)              : 16-17177 elf

                        :

## ORDER TERMINATING WAGE ORDER

**AND NOW,** this 8th day of    May        2018, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing Office Depot and Subsidiaries to make monthly payments on behalf the debtor to the chapter 13 trustee,  is hereby terminated.

BY THE COURT

_____
JUDGE

Office Depot and Subsidiaries
6600 N. Military Trail
Boca Raton, Fl 33496

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Held, Todd Richard
Held, Marisa Jane
5413 Yarmouth Road
Bensalem, PA 19020

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Verizon Pennsylvania LLC
1717 Arch Street
Philadelphia, PA 19103