United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Todd Richard Held
Marisa Jane Held
       Debtors

Case No. 16-17177-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: May 08, 2018
                   Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2018.
db/jdb       +Todd Richard Held,    Marisa Jane Held,    5413 Yarmouth Road,    Bensalem, PA 19020-3911
             +Office Depot and Subsidiaries,    attn: Payroll Controller,    6600 N. Military Trail,
               Boca Raton, FL 33496-2434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 09 2018 02:10:13     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                                                                                                                                                                          TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                                                                                                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2018 at the address(es) listed below:
        JOHN L. MCCLAIN    on behalf of Joint Debtor Marisa Jane Held aaamcclain@aol.com,
         edpabankcourt@aol.com
        JOHN L. MCCLAIN    on behalf of Debtor Todd Richard Held aaamcclain@aol.com,    edpabankcourt@aol.com
        KARINA    VELTER     on behalf of Creditor     Deutsche Bank National Trust Company, as Trustee for
         Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 amps@manleydeas.com
        KEVIN G. MCDONALD     on behalf of Creditor     DEUTSCHE BANK NATIONAL TRUST COMPANY
         bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD     on behalf of Creditor     Deutsche Bank National Trust Company, as Trustee for
         Morgan Stanley ABS Capital I Inc. Trust 2006- HE3, Mortgage Pass-Through Certificates, Series
         2006-HE3 bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER     on behalf of Creditor     Deutsche Bank National Trust Company, as Trustee
         for Morgan Stanley ABS Capital I Inc. Trust 2006- HE3, Mortgage Pass-Through Certificates,
         Series 2006-HE3 bkgroup@kmllawgroup.com
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com
        WILLIAM EDWARD CRAIG     on behalf of Creditor     Santander Consumer USA Inc.
         ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                                                                                                                             TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Held, Todd Richard
    Held, Marisa Jane
        Debtor(s) : 16-17177 elf
:

**ORDER TERMINATING WAGE ORDER**

**AND NOW,** this 8th day of May 2018, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing Office Depot and Subsidiaries to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT

_____
JUDGE


Office Depot and Subsidiaries
6600 N. Military Trail
Boca Raton, Fl 33496

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Held, Todd Richard
Held, Marisa Jane
5413 Yarmouth Road
Bensalem, PA 19020

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106


Verizon Pennsylvania LLC
1717 Arch Street
Philadelphia, PA 19103