UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TODD RICHARD HELD  
MARISA JANE HELD

Chapter 13

Debtor

Bankruptcy No. 16-17177-ELF

### Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: August 15, 2018**

_____  
Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
JOHN L. MCCLAIN  
JOHN L MCCLAIN AND ASSOCIATES  
PO BOX 123  
NARBERTH, PA 19072-

Debtor:  
TODD RICHARD HELD  
MARISA JANE HELD  
5413 YARMOUTH ROAD

BENSALEM, PA 19020