United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Todd Richard Held
Marisa Jane Held
    Debtors

Case No. 16-17177-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Jennifer    Page 1 of 2    Date Rcvd: Aug 15, 2018
    Form ID: pdf900    Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2018.
```
db/jdb         +Todd Richard Held,    Marisa Jane Held,    5413 Yarmouth Road,    Bensalem, PA 19020-3911
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
cr             +Santander Consumer USA Inc.,    P.O. Box 562088, Suite 900 North,    Dallas, TX 75356-2088
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
13805826        Acceptance Now,    Acceptance Now Customer Service,    501 Headquarters Dr,    Plano, TX 75024
13965455       +Deutsche Bank National Trust Company,    for Morgan Stanley ABS Capital 2006-HE3,
                 c/o MATTEO SAMUEL WEINER,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13812416       +Deutsche Bank National Trust Company,    for Morgan Stanley Trust 2006-HE3,    c/o KARINA VELTER,
                 P.O. Box 165028,    Columbus, OH 43216-5028
13817880        Deutsche Bank National Trust Company,    c/o America's Servicing Company,
                 Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
13805832       +Ford Motor Credit Company,    c/o Lloyd Markind,    102 Browning Ln Bldg B, Ste 1,
                 Cherry Hill, NJ 08003-3195
13875968       +Ford Motor Credit Company LLC,    1060 Andrew Drive,    Suite 170,    West Chester, PA 19380-5601
13805833        Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
13805835       +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13805838       +MDS/Medical Data Systems,    201-9th Ave,    Ste 312,    Vero Beach, FL 32962
13805836       +Manley Deas Kochalshi, LLC,    PO Box 165028,    Columbus, OH 43216-5028
13816408       +SANTANDER CONSUMER USA, INC.,    P.O. BOX 961245,    FORT WORTH, TX 76161-0244
13805840       +Santander Consumer USA,    PO Box 961245,    Ft Worth, TX 76161-0244
13831731       +Santander Consumer USA Inc.,    c/o WILLIAM EDWARD CRAIG,    Morton & Craig,
                 110 Marter Avenue Suite 301,    Moorestown, NJ 08057-3125
13871726       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
13805843       +Wells Fargo Bank, Na,    MAC F82535-02F,    PO Box 10438,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 16 2018 02:03:04     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 16 2018 02:03:00     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2018 02:14:36
                 PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13805827        E-mail/Text: EBN_Greensburg@Receivemorermp.com Aug 16 2018 02:03:23
                 Berks Credit & Collections,    PO Box 329,    Temple, PA 19560-0329
13805828       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 16 2018 01:58:33     Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
13805829       +E-mail/Text: melonie@reducear.com Aug 16 2018 02:03:20     Collection Bur Ft Walt,
                 711 Eglin Pkwy Ne,    Fort Walton Beach, FL 32547-2527
13805830        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 16 2018 02:02:40
                 Comenity Bank/Victoria Secret,    PO Box 18215,    Columbus, OH 43218
13805831       +E-mail/PDF: creditonebknotifications@resurgent.com Aug 16 2018 02:14:42     Credit One Bank Na,
                 PO Box 98873,    Las Vegas, NV 89193-8873
13805834        E-mail/Text: cio.bncmail@irs.gov Aug 16 2018 02:02:36     IRS/ Special Procedures,
                 P.O. Box 21125,    Philadelphia, PA  19114
13859217        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 16 2018 02:14:43
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13831826        E-mail/Text: bkr@cardworks.com Aug 16 2018 02:02:31     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13805839       +E-mail/Text: bkr@cardworks.com Aug 16 2018 02:02:31     Merrick Bank,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
13878745        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2018 02:14:36
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13809131       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2018 01:58:19
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13875323       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 16 2018 02:14:43
                 PYOD, LLC its successors and assigns as assignee,    of FNBM, LLC,    Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
13824519        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 16 2018 02:02:45
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13869083       +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 16 2018 02:02:59     Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13835552        E-mail/Text: bnc-quantum@quantum3group.com Aug 16 2018 02:02:42
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13805841       +E-mail/Text: clientservices@sourcerm.com Aug 16 2018 02:03:16     Source Receivables Mng,
                 4615 Dundas Dr Ste 102,    Greensboro, NC 27407-1761
                                                                                               TOTAL: 19
```

```
District/off: 0313-2          User: Jennifer            Page 2 of 2              Date Rcvd: Aug 15, 2018
                              Form ID: pdf900           Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA 17128-0946
cr*          +DEUTSCHE BANK NATIONAL TRUST COMPANY,   14841 Dallas Parkway, Suite 300,
              Dallas, TX 75254-7883
13805837*    +Marisa Jane Held,   5413 Yarmouth Road,   Bensalem, PA 19020-3911
13805842*    +Todd Richard Held,   5413 Yarmouth Road,   Bensalem, PA 19020-3911
                                                                                 TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
              JOHN L. MCCLAIN    on behalf of Debtor Todd Richard Held aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Joint Debtor Marisa Jane Held aaamcclain@aol.com,
               edpabankcourt@aol.com
              KARINA  VELTER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2006- HE3, Mortgage Pass-Through Certificates, Series
               2006-HE3 bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for Morgan Stanley ABS Capital I Inc. Trust 2006- HE3, Mortgage Pass-Through Certificates,
               Series 2006-HE3 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TODD RICHARD HELD                                    Chapter 13
MARISA JANE HELD

             Debtor            Bankruptcy No. 16-17177-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: August 15, 2018**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-


Debtor:
TODD RICHARD HELD
MARISA JANE HELD
5413 YARMOUTH ROAD

BENSALEM, PA 19020